**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SALT LIFE BEVERAGE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11468 (LSS)<br><br>(Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 5, 2024 AT 2:00 P.M. (ET)**

> This hearing will be conducted **<u>in-person</u>**, any exceptions must be approved by chambers.
>
> To attend a hearing remotely, please register using the *eCourtAppearance* tool (available here) or on the court's website at www.deb.uscourts.gov.
>
> **The deadline to register for remote attendance is 4:00 p.m. (ET) the business day before the hearing.**
>
> After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

**MATTERS GOING FORWARD**

1. Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, and 364, Bankruptcy Rules 2002 and 4001, and Local Bankruptcy Rule 4001-2, (I) Authorizing the Debtors to (A) Obtain Postpetition Financing on a Secured, Superpriority Basis and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 15; Filed: 7/1/2024]

   Objection Deadline: July 16, 2024 at 4:00 p.m. (Extended to August 6, 2024 at 4:00 p.m. for The County of Denton, Texas; The City of Lewisville, Texas; Lewisville Independent School District; Galveston County; and Dickinson Independent School

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Salt Life Beverage, LLC, a Delaware limited liability company (8436), Delta Apparel, Inc., a Georgia corporation (8794), Salt Life, LLC, a Georgia limited liability company (6136), M. J. Soffe, LLC, a North Carolina limited liability company (2056), Culver City Clothing Company, a Georgia corporation (4619), DTG2Go, LLC, a Georgia limited liability company (6498), and Salt Life Beverage Management, LLC, a Delaware limited liability company (7886). The location of the Debtors' headquarters and mailing address is 2750 Premiere Parkway, Suite 100, Duluth, Georgia 30097.

[2] **Amended items appear bold.**

        District. Extended to August 20, 2024 at 4:00 p.m. for Official Committee of Unsecured Creditors.)

Related Document(s):

a) Declaration of J. Tim Pruban, Chief Restructuring Officer of Delta Apparel, Inc. and Subsidiaries in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 11; Filed: 6/30/2024]

b) Declaration of J. Tim Pruban in Support of Debtors' Motion for Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, and 364, Bankruptcy Rules 2002 and 4001, and Local Bankruptcy Rule 4001-2, (I) Authorizing the Debtors to (A) Obtain Postpetition Financing on a Secured, Superpriority Basis and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 16; Filed: 7/1/2024]

c) Interim Order (A) Authorizing Debtors to Obtain Interim Post Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. §§ 105, 364(c) and 364(d); (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 55; Entered: 7/3/2024]

d) Notice of (I) Entry of Interim DIP Order, and (II) Scheduling of Final Hearing [Docket No. 57; Filed: 7/3/2024]

e) Notice of Filing of *Proposed* Final Financing Order [Docket No. 240; Filed 8/21/2024]

f) Notice of Filing of Redacted Fee Letters [Docket No. 243; Filed: 8/22/2024]

g) **Notice of Filing of Revised DIP Budget [Docket No. 286; Filed: 9/4/2024]**

Response(s) Received:

a) Limited Objection of the United States Trustee to Debtors' Motion to Approve Debtor in Possession Financing [Docket No. 98; Filed: 7/16/2024]

b) Limited Objection and Reservation of Rights of First American Commercial Bancorp, Inc. to Debtors' Motion to Obtain Post-Petition Financing on a Super-Priority Basis, for Use of Cash Collateral, Granting Adequate Protection and Other Related Relief [Docket No. 100; Filed: 7/16/2024]

c) Joint Limited Objection of the Texas Taxing Authorities to the Debtors Motion For Entry of Interim and Final Orders Under Bankruptcy Code Sections 105, 361, 362, 363, And 364, Bankruptcy Rules 2002 and 4001,

and Local Bankruptcy Rule 4001-2, (I) Authorizing the Debtors to (A) Obtain Postpetition Financing on a Secured, Superpriority Basis and (B) Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief [Docket No. 174; Filed: 8/06/2024]

    d)    Objection of the Official Committee of Unsecured Creditors to the DIP Motion [Docket No. 237; Filed: 8/20/2024]

Status: This matter will go forward on a final basis.

2. Amended Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) Orders (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 67; Filed: 7/10/2024]

Objection Deadline: August 27, 2024 at 4:00 p.m.

Related Document(s):

    a)    Declaration of J. Tim Pruban, Chief Restructuring Officer of Delta Apparel, Inc. and Subsidiaries in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 11; Filed: 6/30/2024]

    b)    Order (I) Approving Bid Procedures in Connection with the Potential Sale of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements, (V) Approving Bid Protections, (VI) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VII) Granting Related Relief [Docket No. 145; Entered: 7/26/2024]

    c)    Certificate of Publication re: Notice of Bid Procedures [Docket NO. 162; Filed: 8/1/2024]

    d)    Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidders or Such Other Successful Bidders at Auction [Docket No. 165; Filed: 8/5/2024]

    e)    Supplemental Notice to Certain Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and

|   |   |
|---|---|
|   | Possible Assignment to the Stalking Horse Bidders or Such Other Successful Bidders at Auction [Docket No. 211; Filed: 8/14/2024] |
| f) | Supplemental Notice Relating to Virtual Attendance at Auction of Debtors' Salt Life Assets and Non-SL Assets [Docket No. 234; Filed: 8/20/2024] |
| g) | Notice of Successful Bidders and Backup Bidders [Docket No. 258; Filed: 8/28/2024] |
| h) | Notice of Proposed Assignment of Executory Contracts and Unexpired Leases [Docket No. 268; Filed: 8/28/2024] |
| i) | Notice of Filing of Auction Transcript and Exhibits [Docket No. 273; Filed: 8/30/2024] |
| **j)** | **Notice of Filing Proposed Order Authorizing the Sale of the Soffe Assets [Docket No. 278; Filed: 9/3/2024]** |
| **k)** | **Declaration of Mary Ann Domuracki in Support of Amended Motion of Debtors for Entry of Orders (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 279; Filed: 9/3/2024]** |
| **l)** | **Notice of Filing Proposed Order Authorizing the Sale of the Salt Life Assets [Docket No. 285; Filed: 9/4/2024]** |

Response(s) Received:

|   |   |
|---|---|
| a) | LEAF Capital Funding, LLC's Limited Objection to Amended Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) Orders (A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief Fee [Docket No. 104; Filed: 7/18/2024] |
| b) | Regions Equipment Finance Corporation and Regions Commercial Equipment Finance, LLC's Limited Objection to Proposed Sales of Assets [Docket No. 252; Filed: 8/26/2024] |

      c)      Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding the Proposed Sale of Debtors' Assets [Docket No. 255; Filed: 8/27/2024]

      d)      Limited Objection to Debtors Amended Motion for Entry of an Order Approving the Sale of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances and Interests [Docket No. 256; Filed: 8/27/2024]

Status: This matter will go forward with respect to approval of the sale of the Salt Life and Soffe assets. Approval of the sale of the DTG2Go assets and Salt Life California leases has been adjourned to the next omnibus hearing scheduled for September 13, 2024 at 11:00 a.m. Additionally, in light of the Auction results, the objections to cure amounts filed have also been adjourned to the next omnibus hearing scheduled for September 13, 2024 at 11:00 a.m.

3. **Debtors' Motion for Entry of Order (A) Approving Liquidation Consulting Agreement; (B) Authorizing the Debtors to Sell Remaining Inventory and FF&E Through Liquidation Sales; (C) Authorizing the Debtors to Abandon any Unsold Remaining Inventory and FF&E; and (D) Waiving Compliance With Contractual Liquidation Sale Restrictions and Laws Restricting Liquidation Sales [Docket No. 274; Filed: 8/30/2024]**

    **Objection Deadline:**    At the hearing.

    **Related Document(s):**

      a)      **Order Granting Motion of Debtors to Shorten Notice for the Hearing on Debtors' Motion for Entry of Order (A) Approving Liquidation Consulting Agreement; (B) Authorizing the Debtors to Sell Remaining Inventory and FF&E Through Liquidation Sales; (C) Authorizing the Debtors to Abandon Any Unsold Remaining Inventory and FF&E; and (D) Waiving Compliance With Contractual Liquidation Sale Restrictions and Laws Restricting Liquidation Sales [Docket No. 280; Entered: 9/3/2024]**

    **Response(s) Received:**

      a)      **LEAF Capital Funding, LLC's Limited Objection to Debtors' Motion for Entry of Order (A) Approving Liquidation Consulting Agreement; (B) Authorizing the Debtors to Sell Remaining Inventory and FF&E Through Liquidation Sales; (C) Authorizing the Debtors to Abandon Any Remaining Unsold Inventory and FF&E; and (D) Waiving Compliance With Contractual Liquidation Sale Restrictions and Laws Restricting Liquidation Sales [Docket No. 277; Filed: 9/3/2024]**

      b)      **Regions Equipment Finance Corporation and Regions Commercial Equipment Finance, LLC's Limited Objection to Debtors' Proposed**

**Liquidation of Remaining Inventory and FF&E [Docket No. 284; Filed: 9/4/2024]**

**<u>Status:</u>** **Any objections to this matter or this matter being heard on shortened noticed may be raised at the hearing. This matter will go forward.**

| | |
|---|---|
| Dated: September 4, 2024<br>Wilmington, Delaware | POLSINELLI PC<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br><br>-and-<br><br>Jeremy R. Johnson (Admitted *Pro Hac Vice*)<br>600 Third Avenue, 42nd Floor<br>New York, New York 10016<br>Telephone: (212) 684-0199<br>Facsimile: (212) 684-0197<br>jeremy.johnson@polsinelli.com<br><br>-and-<br><br>Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 819-1900<br>Facsimile: (312) 819-1910<br>jswitzer@polsinelli.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

-6-

98339523.1