# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
SL Beverage Liquidation, LLC
1147 6th Avenue
Columbus, GA 31901
 **EIN:** 82–4588436
Salt Life Beverage, LLC

**Chapter:** 7

**Case No.:** 24–11468–LSS

## NOTICE OF CONVERSION

**NOTICE IS HEREBY GIVEN** that the debtor(s) chapter 11 petition has been converted to a chapter 7 petition on 3/31/2025

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Related J/A Debtors are listed below

| | | |
|---|---|---|
| 24–11469 | Delta Apparel, Inc. | 58–2508794 |
| 24–11470 | SL Liquidation, LLC | 26–4526136 |
| 24–11471 | MJS Liquidating, LLC | 20–0262056 |
| 24–11472 | Culver City Clothing Company | 20–3214619 |
| 24–11473 | DTG2Go, LLC | 27–1476498 |
| 24–11474 | SL Beverage Management Liquidation, LLC | 30–1037886 |

NOTE: If you previously filed a Proof of Claim in this case, you do not need to file another Proof of Claim. If you previously filed a Motion/Request for Allowance and/or payment of an administrative expense claim that has not yet been ruled upon, you will receive written notice in the future when your administrative expense claim(s) will be scheduled for hearing.

Dated: 4/7/25

(VAN–031)